A.J. Kung, Esq.
Nevada Bar No. 7052
Brandy Brown, Esq.
Nevada Bar No. 9987
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
E-Mail:ajkung@ajkunglaw.com
bbrown@ajkunglaw.com

Kevin P. Gildea, Esq. (*admitted Pro Hac Vice*)
**DARROWEVERETT LLP**
450 Seventh Avenue, Suite 1802
New York, NY 10123
(212) 335-2090 Telephone
(212) 335-2091 Facsimile
Email: kpgildea@darroweverett.com
*Attorneys for Plaintiff Vohra Wound Physicians Management, LLC*

KUNG & BROWN
214 South Maryland Parkway
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

VOHRA WOUND PHYSICIANS MANAGEMENT, LLC, a Delaware limited liability company,

Plaintiff,

vs.

GORDIAN MEDICAL, INC., d/b/a AMERICAN MEDICAL TECHNOLOGIES, a Nevada corporation; SUZETTE HOYT, an individual; and DOES I through X, inclusive,

Defendants.

CASE NO.: 2:19-cv-01825-KJD-VCF

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SUZETTE HOYT WITHOUT PREJUDICE**

PLEASE TAKE NOTICE, that pursuant to FRCP 41(a)(1), the above named Defendant, Suzette Hoyt ("Defendant Hoyt"), not having filed or served an Answer, or otherwise having appeared herein, Plaintiff, Vohra Wound Physicians Management, LLC, by and through counsel

KUNG & BROWN
214 South Maryland Parkway
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720

of record, The Law Firm of Kung & Brown, hereby voluntarily dismisses Defendant Hoyt as to the above captioned action, without prejudice.

DATED this 7th day of April, 2020.

Prepared and Submitted by:

**KUNG & BROWN**

*/s/ A.J. Kung*
A.J. Kung, Esq.
Nevada Bar No. 7052
Brandy Brown, Esq.
Nevada Bar No. 9987
214 S. Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
E-Mail:ajkung@ajkunglaw.com
bbrown@ajkunglaw.com

*-and-*

**DARROWEVERETT LLP**

*/s/ Kevin P. Gildea*
Kevin P. Gildea, Esq. (*admitted Pro Hac Vice*)
450 Seventh Avenue, Suite 1802
New York, NY 10123
(212) 335-2090 Telephone
(212) 335-2091 Facsimile
E-Mail: kpgildea@darroweverett.com
*Attorneys for Plaintiff Vohra Wound Physicians Management, LLC*

KUNG & BROWN
214 South Maryland Parkway
Las Vegas, Nevada 89101
Tel: (702) 382-0883 / Fax: (702) 382-2720

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April, 2020, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SUZETTE HOYT WITHOUT PREJUDICE was served pursuant to FRCP 5(b)(2)(E), via first class mail and the CM/ECF electronic filing system to all counsel and parties on the service list as follows:

Michael R. Hogue
Greenberg Traurig, LLP
10845 Griffith Peak Drive
Las Vegas, NV 89135
hoguem@gtlaw.com
*Attorney for Defendant Gordian Medical, Inc.*
*Via e-service*

William Scott Cameron
King & Spalding, LLP
621 Capitol Mall, Suite 1500
Sacramento, CA 95814
scameron@kslaw.com
*Attorney for Defendant Gordian Medical, Inc.*
*Via e-service*

*/s/ Sandy Guerra*
An employee of Kung & Brown